IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KANE BROLIN,<br><br>　　　Plaintiff,<br><br>v.<br><br><br>RIDDLE'S GROUP, INC.,<br><br>　　　Defendant. | Civil Action No. 3:25-cv-00606 |

## <u>NOTICE OF SETTLEMENT</u>

Defendant, RIDDLE'S GROUP, INC., ("Defendant") hereby notifies the Court that the present case has settled between Plaintiff, KANE BROLIN, ("Plaintiff") and RIDDLE'S GROUP, INC., ("Defendant") (collectively, the "parties"), and states as follows:

1.　　A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2.　　The parties respectfully request that the Court stay this action and adjourn all deadlines and conferences.

DATED: October 17, 2025　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　RIDDLE'S GROUP, INC

　　　　　　　　　　　　　　　　*/s/ Ryan T. Benson*
　　　　　　　　　　　　　　　　Counsel for Defendant


Brian Martinez (IN Bar No. 35034-45)
Ryan T. Benson (Admitted *Pro Hac Vice*)
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601

T: 312.422.6100
F: 312.422.6110
bmartinez@ohaganmeyer.com
rbenson@ohaganmeyer.com